UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case   3:16-CR-37                         Date:   October 20, 2016

United States of America      vs.      Neal Allen Holland

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Matthew Morris | | Bobby Hutson |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

Defendant waives reading of Indictment
Defendant Pleads guilty to count(s) 1
Referred for Presentence Investigative Report.
DATE SET:   **Sentencing:**  February 22, 2017 @ 2:00
            **Before** the Honorable Thomas A. Varlan, Chief United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(j)

Defendant remanded to custody of the U.S. Marshal

2:45 to 3:10