UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:16-CR-37 |
| v. ) | CHIEF JUDGE VARLAN |
| ) | |
| NEAL ALLEN HOLLAND, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION REGARDING RESTITUTION

The United States of America, by the United States Attorney for the Eastern District of Tennessee, the defendant NEAL ALLEN HOLLAND and the defendant's attorney, Bobby E. Hutson, Jr., stipulate and agree as follows:

As part of the sentence imposed in this case, the Court shall order that the defendant pay restitution to the victims as follows:

- "Andy" (SpongeB Series): $1,000.00;

- "Violet" (At School Series): $1,000.00; and

- "Pia" (Sweet Sugar Series): $1,000.00.

The undersigned attorney for the United States has conferred with the victims' representatives and the victims' representatives concerning their claims for restitution in this case. The parties have agreed that the above-referenced restitution amounts are consistent with *Paroline v. United States*, 134 S. Ct. 1710 (2014). The victims' representatives have agreed that the payment of these restitution amounts shall resolve their claims for restitution in this case.

| | | |
|---|---|---|
| 6/19/2017 <br> Date | By: | *[signature]* <br> NANCY STALLARD HARR <br> UNITED STATES ATTORNEY <br><br> Matthew T. Morris <br> Assistant United States Attorney |
| 6/16/17 <br> Date | | X *[signature]* <br> Neal Allen Holland <br> Attorney for the Defendant |
| 6/16/17 <br> Date | | *[signature]* <br> Bobby E. Hutson, Jr. <br> Defendant |